**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-00382-DME-MEH

CAROLYN SEGURA,

    Plaintiff,

v.

CAPITAL MANAGEMENT SERVICES, L.P., a Delaware limited liability company,

    Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

                              BY THE COURT:

March 28, 2011                          *s/ David M. Ebel*
DATE                                     U.S. DISTRICT JUDGE